10c

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of:<br><br>BASHAS' INC.,<br>BASHAS' LEASECO INC.<br>SPORTSMAN'S, LLC,<br><br>                    Debtors. | Case No. 2:10-CV-01763-FJM<br><br>Chapter 11 Proceedings<br>BK  Nos. 2:09-bk-16050-JMM<br>              2:09-bk-16051-JMM<br>              2:09-bk-16052-JMM<br>         (Joint Administration)<br><br>**ORDER DISMISSING APPEAL RE VARIOUS ORDERS AUTHORIZING BASHAS' TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES** |

The parties having stipulated and good cause appearing:

**IT IS ORDERED** approving the *Stipulation to Dismiss Various Orders Authorizing Bashas' to Assume Non-Residential Real Property Leases.*

**IT IS FURTHER ORDERED** dismissing the above captioned appeal with prejudice.

Dated this 16th day of September, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge